ALBANY,
August, 1036.

Hatfield
v.
Baldwin.

that it was in a certain cause depending before a justice, &c. There was a general verdict for the plaintiff, and it was objected, that the above words did not amount to a charge of *perjury*, which consisted in swearing falsely in a matter material to an issue, or point in question before some court. A person might swear falsely, yet not be guilty of the crime of perjury. It was contended, that the count was bad, and not helped by the innuendo, nor could the verdict be amended.†

† 1 *Caines*, 348.
*Hopkins* v. *Bea-*
*dle.*

*Van Vechten* and *Shepherd*, contra, contended, that the old and strict rule of construction had been done away; that words are to be taken in their natural sense, and as they would be understood by the hearers. Though the meaning of the words, in themselves, be uncertain, yet, if from the circumstances and manner in which they were spoken, it is obvious they were uttered maliciously, and with a view to disparage another, the jury and the court may make the inference, as to their meaning, here put in the *innuendo*. They cited various cases in which the words were equally uncertain, yet held sufficient.‡ Yet if this count were bad, still the verdict might be amended by the notes of the judge, so as to apply it to the good counts.§

‡ 4 *Bac. Ab.* 504.
(*Old ed.*) 3
*Levinz.* 69. 2
*Ld. Raym.* 559.
8 *Mod.* 57.
*Cro. Eliz.* 135,
297, 348, 492.
3 *Caines*, 74.
*Pelton* v. *Ward.*

§ 7 *Term*, 56.
3 *Term*, 659.
*Douglass*, 376.
1 *Bos. & Pul.*
389. 1 *Caines*,
392-4, 583.

Motion denied.

Hatfield *against* Baldwin.

If the defend-
ant after ver-
dict, tender
the amount re-
covered with
all the costs,
up to the time,
the court will
order further
proceedings to
be stayed.

*Ostrander* moved for a rule to stay further proceedings in this cause, upon payment of the amount of the verdict with the costs, up to this time, the same having been tendered to the plaintiff.

*Henry*, contra, read an affidavit, stating that this was

an action of *slander*, in which a verdict was found for the plaintiff, who wished to have it entered up of record in justification of his character.

*Per curiam.* Whenever the defendant tenders the whole amount of the demand of the plaintiff, with all the costs which have accrued, it would be unjust to oblige the defendant to pay further costs, and for no beneficial or necessary purpose.

SPENCER, J. *dissented.* A tender may be made before the action, or before issue joined, but I know of no rule that obliges the plaintiff to accept a tender after verdict.

Rule granted.